JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>ROGER N. FEARING AND<br>CHRISTINE E. FEARING<br>　　　　　DEBTORS,<br>_____<br>ROGER N. FEARING AND<br>CHRISTINE E. FEARING,<br>　　　　　Plaintiff,<br>　v.<br>DAVID SEROR, CHAPTER 7<br>TRUSTEE,<br>　　　　　Defendants. | Case No. CV 07-5281-VAP<br>USBC Case No. SV 00-10940-KT<br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, IT IS ORDERED AND ADJUDGED that the Appeal is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: October 21, 2008

　　　　　　　　　　　　　　　　　　*Virginia A. Phillips*
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge